# United States Bankruptcy Court
# Eastern District of Louisiana

In re                                                    **Bankruptcy Case No.**   13-11238

    Treaty Energy Corporation    **Debtor**

                                                                                                                                                **Chapter**   7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

   A petition under title 11, United States Code was filed against you on 5/7/2013 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                               **Address of Clerk:**
                               U.S. Bankruptcy Court
                               Hale Boggs Federal Building
                               500 Poydras Street, Room B-601
                               New Orleans, LA  70130

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

                        **Name and Address of Petitioner's Attorney:**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

                                                                 Brian Richoux
                                                             Acting Clerk of Court

_May 8, 2013_                                                    By: _[signature]_
Date                                                                     Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R .Bankr. P. 1005).