| B 5 (Official Form 5) (12/07) | | Amended Case No. 13-11238 |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>Eastern District of Louisiana | | **INVOLUNTARY PETITION** |

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>TREATY ENERGY CORPORATION, Nevada | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>[See attached list] |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>EIN 86-0884116 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>201 Saint Charles Avenue, suite 2558<br>New Orleans, Louisiana 70710  504/599-5665<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Orleans Parish<br>ZIP CODE 70170 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>[Same]<br><br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Loisiana, Texas, Kansas, Belize, Tennessee

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Oil and Gas |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Phoenix Associates Land Syndicate | Case Number<br>09-11743 | Date<br>06/10/2009 |
|---|---|---|
| Relationship<br>Same ownership / control persons | District<br>Eastern District of Louisiana | Judge<br>Jerry Brown |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

United States Bankruptcy Court

INVOLUNTARY PETITION
B 5 Form Addendum
Amended Case No. 13-11238

TREATY ENERGY CORPORATION, a Nevada Corporation

OTHER NAMES used by debtor in the last 8 years:

- Phoenix Associates Land Syndicate, Inc, Nevada
- Phoenix Oil & Gas Inc, Nevada
- Tri Koon Holdings LLC, Florida
- Alternate Energy Corporation, Nevada
- Treaty Belize Energy Limited, Belize
- Treaty Drilling LLC, Texas
- Treaty Charity Fund, Belize
- TECO Foundation Inc, Louisiana
- Orpheum Property Inc, Delaware
- Integrated Coffee Technologies Inc, Delaware
- 129 University Place LLC, Louisiana
- C & C Petroleum Management LLC, Texas
- Treaty Drilling LLC, Texas
- PBLS LLC, Nevada
- C & C Petroleum Management, LLC Texas / Indiana
- Treaty Charitable Fund, Belize
- TECO Foundation Inc, Louisiana
- Axiom Global Properties, Inc, Delaware

IB Treaty Energy Corp B 5 Additional – All Other Names

B 5 (Official Form 5) (12/07) – Page 2                Name of Debtor  TREATY ENERGY CORPORATION

                                                      Amended    Case No.  13-11238

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |
| **REQUEST FOR RELIEF** | |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. | |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x  /s/ David Hallin                Individual | x  N/A |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| David A. Hallin           04/25/2013 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual  936 East Riverwalk Drive | Address |
| Signing in Representative Capacity    Memphis, TN 38120-2608 | Telephone No. |

| x  /s/ Ronda Hyatt          Individual | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Ronda Hyatt               4/30/2013 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual  310 N. Willis, #212 | Address |
| Signing in Representative Capacity    Abilene, TX 79603 | Telephone No. |

| x _____   Individual | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Jefferey A. Morgan | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual  2486 Freeman Road | Address |
| Signing in Representative Capacity    North Pole, AK 99705 | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>David A. Hallin<br>936 East Riverwalk Drive, Memphis, TN 38120 | Nature of Claim<br>Attorney fees<br>Fraud | Amount of Claim<br>$412,000.00 |
| Name and Address of Petitioner<br>Ronda Hyatt<br>310 North Willis #212, Abilene, TX 79603 | Nature of Claim<br>Attorney fees [above]<br>Vendor fees, Fraud | Amount of Claim<br>$188,162.12 |
| Name and Address of Petitioner<br>Jefferey A. Morgan<br>2486 Freeman Road, North Pole, AK 99705 | Nature of Claim<br>Securities Fraud<br>Forgery | Amount of Claim<br>$492,897.64 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>[Continuation Sheet] |

_XX_ continuation sheets attached.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: **TREATY ENERGY CORPORATION**

Amended Case No. **13-11238**

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ Individual<br>Signature of Petitioner or Representative (State title)<br>David A. Hallin         04/25/2013<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>936 East Riverwalk Drive<br>Memphis, TN 38120-2608 | x _____ N/A<br>Signature of Attorney       Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x _____ Individual<br>Signature of Petitioner or Representative (State title)<br>Ronda Hyatt<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>310 N. Willis, #212<br>Abilene, TX 79603 | x _____<br>Signature of Attorney       Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x [signature] Individual<br>Signature of Petitioner or Representative (State title)<br>Jefferey A. Morgan<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>2486 Freeman Road<br>North Pole, AK 99705 | x _____<br>Signature of Attorney       Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David A. Hallin<br>936 East Riverwalk Drive, Memphis, TN 38120 | Attorney fees<br>Fraud | $412,000.00 |
| Ronda Hyatt<br>310 North Willis #212, Abilene, TX 79603 | Attorney fees [above]<br>Vendor fees, Fraud | $188,162.12 |
| Jefferey A. Morgan<br>2486 Freeman Road, North Pole, AK 99705 | Securities Fraud<br>Forgery | $492,897.64 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims [Continuation Sheet]

__XX__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  TREATY ENERGY CORPORATION

Amended    Case No. 13-11238

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Individual                                 x _N/A_
Signature of Petitioner or Representative (State title)    Signature of Attorney              Date
Alexander Rasbury
Name of Petitioner              Date Signed                Name of Attorney Firm (If any)

Name & Mailing                                             Address
Address of Individual   8519 State Highway 36W
Signing in Representative                                  Telephone No.
Capacity               Clyde, TX 79510

x _____ Individual                       x _N/A_
Signature of Petitioner or Representative (State title)    Signature of Attorney              Date
David McCourtney
Name of Petitioner              Date Signed                Name of Attorney Firm (If any)

Name & Mailing                                             Address
Address of Individual   614 East Lakeshore Drive
Signing in Representative                                  Telephone No.
Capacity               Culver, OR 97734

x _____ Individual                       x _N/A_
Signature of Petitioner or Representative (State title)    Signature of Attorney              Date
Mack Maxcey
Name of Petitioner              Date Signed                Name of Attorney Firm (If any)

Name & Mailing                                             Address
Address of Individual   213 Redwire Street
Signing in Representative                                  Telephone No.
Capacity               Voss, TX 76888

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alexander Rasbury<br>8519 State Highway 36W, Clyde, TX 79510 | Unpaid vendor Invoice | $7,500.00 |
| David McCourtney<br>614 East Lakeshore Drive, Culver, OR 97734 | Fraud related to Treaty Energy stock | $35,617.00 |
| Mack Maxcey<br>213 Redwire Street, Voss, TX 76888 | Fraud, illegal sale of drilling rig | $1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $2,135,441.24 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **TREATY ENERGY** Corp.

Amended   Case No. 13-11238

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Alexander Rasbury<br>Name of Petitioner       Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity<br>8519 State Hwy 36W<br>Clyde, TX 79510 | x_____<br>Signature of Attorney       Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x_/s/ David McCourtney_____<br>Signature of Petitioner or Representative (State title)<br>David McCourtney       5-1-13<br>Name of Petitioner       Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity<br>614 E. Lakeshore Drive<br>Culver, OR 97734 | x_N.A._____<br>Signature of Attorney       Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Mack Maxcey<br>Name of Petitioner       Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity<br>213 Redwire Street<br>Voss, TX 76888 | x_____<br>Signature of Attorney       Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alexander Rasbury, State Hwy 36W, Clyde, TX 79510 | Unpaid Invoice & Fraud | 7,500.00 |
| David McCourtney, 614 E. Lakeshore Dr, Culver, OR 97734 | Securities Fraud | 35,617.00 |
| Mack Maxcey, Redwire Street, Voss, TX 76888 | Drilling Rig Fraud | 1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 2,135,441.24 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __TREATY ENERGY__

Amended    Case No. __13-11238__

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney            Date
Alexander Rasbury
Name of Petitioner        Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual    8519 State Hwy 36W    Address
Signing in Representative Capacity    Clyde, TX 79510    Telephone No.


x _____    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney            Date
David McCourtney
Name of Petitioner        Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual    614 E. Lakeshore Drive    Address
Signing in Representative Capacity    Culver, OR 97734    Telephone No.


x _Mack M y(_    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney            Date
Mack Maxcey
Name of Petitioner        Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual    213 Redwire Street    Address
Signing in Representative Capacity    Voss, TX 76888    Telephone No.


### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alexander Rasbury, State Hwy 36W, Clyde, TX 79510 | Unpaid Invoice & Fraud | 7,500.00 |
| David McCourtney, 614 E. Lakeshore Dr, Culver, OR 97734 | Securities Fraud | 35,617.00 |
| Mack Maxcey, Redwire Street, Voss, TX 76888 | Drilling Rig Fraud | 1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 2,135,441.24 |

_____ continuation sheets attached