UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
JUNE 12, 2013

IN RE

**TREATY ENERGY CORPORATION, Nevada**

INVOLUNTARY DEBTOR

**BANKRUPTCY NO.**
**13-11238**
**SECTION "B"**
CHAPTER 7

      This matter came before the Court on June 12, 2013 as a hearing on the following:

      (1) this Court's order for David A. Hallin, Ronda Hyatt, Jefferey A. Morgan, Alexander Rasbury, David McCourtney and Mack Maxcey ("Petitioning Creditors") to appear and show cause why this involuntary petition should not be dismissed for failure to serve the involuntary petition and summons **(P-5);**

      (2) Motion of Treaty Energy Corporation ("Alleged Debtor") to dismiss the involuntary petition **(P-6)** and the memorandum in opposition filed by the Petitioning Creditors **(P-26)**; and

      (3) Motion of the Petitioning Creditors to compel shareholder interest statement, to permit limited discovery, to appoint an interim trustee, and to stay proceedings **(P-14)** and the memorandum in opposition filed by the Alleged Debtor **(P-22).**

      PRESENT:    Reginald J. Laurent
                         Counsel for the Petitioning Creditors

                   Thomas E. Schafer, III
                    Counsel for the Alleged Debtor

                 Andrew Reid
                 David Hallin
                  Witnesses

Considering the arguments of counsel, testimony of the witnesses and for reasons orally assigned,

**IT IS ORDERED** that this Court's order for the Petitioning Creditors to appear and show cause why this involuntary petition should not be dismissed for failure to serve the involuntary petition and summons is **SATISFIED.**

**IT IS FURTHER ORDERED** that the motion of the Alleged Debtor to dismiss the involuntary petition is **GRANTED** and the involuntary petition filed on May 7, 2013 by David A. Hallin, Ronda Hyatt, Jefferey A. Morgan, Alexander Rasbury, David McCourtney and Mack Maxcey against Treaty Energy Corporation is **DISMISSED.**

**IT IS FURTHER ORDERED** that the motion of the Petitioning Creditors to compel shareholder interest statement, to permit limited discovery, to appoint an interim trustee, and to stay proceedings is **DENIED AS MOOT.**

New Orleans, Louisiana, June 12, 2013.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE

**NOTE: Proffered Exhibits are filed in a separate folder in the Exhibit Room**