UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**TREATY ENERGY CORPORATION, Nevada**

INVOLUNTARY DEBTOR

**BANKRUPTCY NO.
13-11238
SECTION "B"**
CHAPTER 7

## ORDER

This matter came before the Honorable Jerry A. Brown on December 18, 2013 as a hearing on the motion of Treaty Energy Corporation to reopen case to allow Treaty Energy Corporation to assert its claim against the Petitioning Creditors and attorney **(P-34),** the memorandum in opposition filed by the Petitioning Creditors **(P-38)** and the response filed by Treaty Energy Corporation **(P-41).**

      PRESENT:  Thomas E. Schafer, III
                    Counsel for Treaty Energy Corporation

                Reginald J. Laurent
                    Counsel for the Petitioning Creditors

Considering the arguments of counsel,

**IT IS ORDERED** that the motion is granted and the case is reopened.

**IT IS FURTHER ORDERED** that Treaty Energy Corporation has 30 days to file the request for a judgment for damages.

New Orleans, Louisiana, December 23, 2013.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE